JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ZARIAN,<br><br>          Plaintiff,<br><br>   v.<br><br>ROBERT FERGUSON, et al.,<br><br>          Defendants. | Case No.  EDCV 18-1150-GW(JEMx)<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

     Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety. Each party will bear its own attorneys' fees and expenses.

     IT IS SO ORDERED.

Dated: November 27, 2018

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE